RANDALL S. FARRIMOND
(CSB No. 095281)
FARRIMOND LAW OFFICES,
a Professional Corporation
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: 415-362-4900
Facsimile: 415-362-4901
E-mail: rfarrimond@farrimondlaw.com

Attorneys for Plaintiff
KATHLEEN NOBLES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN NOBLES, an individual, | Case No. 5:19-cv-07362-BLF |
| Plaintiff, | |
| vs. | **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |
| FRED M. KERN and PLUM HOLDINGS LLC, a Nevada Limited Liability Company, | |
| Defendants. | |
| FRED M. KERN, | |
| Counter and Crossclaimant, | |
| vs. | |
| KATHLEEN NOBLES and BRENTON A. HERING, | |
| Counter and Crossdefendants. | |

Attached hereto is a copy of the Notice of Pendency of Action (*Lis Pendens*) recorded with the Monterey County recorder.

Dated: February 13, 2020               FARRIMOND LAW OFFICES,
                                       a Professional Corporation


                                       */s/Randall. S. Farrimond*
                                       RANDALL S. FARRIMOND
                                       Attorneys for Plaintiff
                                       KATHLEEN NOBLES

Recording requested by:

Randall S. Farrimond, Esq.

**WHEN RECORDED MAIL TO:**

Randall S. Farrimond, Esq.

Farrimond Law Offices APC

88 Kearny Street, Suite 1850

San Francisco, CA 94108

**2020005135**

Stephen L. Vagnini
Monterey County Clerk-Recorder
01/31/2020 10:36 AM

Recorded at the request of:
RANDALL S FARRIMOND ESQ

Titles: 1    Pages: 5
Fees: $100.00
Taxes: $0.00
AMT PAID: $100.00

**THIS SPACE FOR RECORDER'S USE ONLY**

## TITLE OF DOCUMENT

NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

RANDALL S. FARRIMOND
(CSB No. 095281)
FARRIMOND LAW OFFICES,
a Professional Corporation
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: 415-362-4900
Facsimile: 415-362-4901
E-mail: rfarrimond@farrimondlaw.com

Attorneys for Plaintiff
KATHLEEN NOBLES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN NOBLES, an individual, | Case No. 5:19-cv-07362-BLF |
| Plaintiff, | **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |
| vs. | |
| FRED M. KERN and PLUM HOLDINGS LLC, a Nevada Limited Liability Company, | |
| Defendants | |

NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real property as described herein was commenced on November 11, 2019, by plaintiff Kathleen Nobles, against defendants Fred M. Kern and Plum Holdings LLC and is now pending before the Honorable Beth Labson Freeman in Courtroom 3, 5th Floor of the San Jose Division of the United States

- 1 -
NOTICE OF PENDENCY OF ACTION (LIS PENDENS) - CASE NO.: 19-cv-07362-BLF

1  District Court for the Northern District of California, located at the Robert F. Peckham Federal
2  Building & United States Courthouse, 280 South 1st Street, San Jose, CA 95113, California.
3      The action affects title to or right to possess the real property at 2 NE of 3rd Ave. Monte
4  Verde Street, Carmel-by-the-Sea, California, legally described in Exhibit A attached to this Notice.
5      The parties to said action are set forth in the title to the action.

8  Dated: January 30, 2020

FARRIMOND LAW OFFICES,
a Professional Corporation

RANDALL S. FARRIMOND
Attorneys for Plaintiff
KATHLEEN NOBLES

SWORN TO ME THIS 30th DAY OF January, 2020.

My Commission Expires April 5, 2026

- 2 -
NOTICE OF PENDENCY OF ACTION (LIS PENDENS) - CASE NO.: 19-cv-07362-BLF

# EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s):   010-221-012**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CARMEL BY THE SEA, COUNTY OF MONTEREY, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

Lot 14 and the South 35 feet of Lot 12, in Block 31, as shown on that certain Map entitled, "Addition No. 4 to Carmel-by-the-Sea", filed March 6, 1908 in Book 1, Maps of "Cities and Towns", at Page 46 1/2, in the Office of the County Recorder of Monterey County, California.

## PROOF OF SERVICE

I, Irene M. Hardy declare:

I am employed in the City and County of San Francisco; I am over the age of 18 years and not a party to the within action; my business address is 88 Kearny Street, Suite 1850, San Francisco, California 94108. I declare that I am either a member of the bar, or that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 30, 2020, I caused to be served the following documents:

**NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**

    X    **CERTFIED MAIL, RETURN RECEIPT REQUESTED:** by placing true copies thereof in sealed envelopes in the United States mail, with postage fully prepaid, certified mail, return receipt requested, and addressed as shown below.

    ☐    **PERSONAL SERVICE:** by personally serving by hand-delivery the same in an envelope(s) addressed as shown below.

    ☐    **OVERNIGHT DELIVERY:** by enclosing a true copy(ies) in a sealed Federal Express envelope(s), fully prepaid, addressed as shown below.

    ☐    **BY FACSIMILE:** by transmitting by facsimile to the number(s) shown below.

    ☐    **BY E-MAIL:** by transmitting by e-mail to the address(es) shown below.

Said document(s) was/were served by the method(s) indicated on:

Plum Holdings, LLC  
PO BOX 5337-8211  
Carmel, CA 93921  

Plum Holdings, LLC  
c/o CT Corporation System  
818 West Seventh Street, Suite 930  
Los Angeles, CA 90017  

Fred M. Kern  
PO BOX 5337-8211  
Carmel, CA 93921  

Ralph P. Guenther, Esq.  
Guenther Law Group PLC  
601 S. Main Street  
Salinas, CA 93901  

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 30, 2020, at Columbia, South Carolina.

*/s/ Irene M. Hardy*  
Irene M. Hardy

PROOF OF SERVICE