| | | AT-135 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 95281<br>NAME: Randall S. Farrimond<br>FIRM NAME: Farrimond Law Offices, a Professional Corporation<br>STREET ADDRESS: 88 Kearny Street, Suite 1850<br>CITY: San Francisco   STATE: CA   ZIP CODE: 94108<br>TELEPHONE NO.: 415-362-4900   FAX NO.: 415-362-4901<br>E-MAIL ADDRESS: rfarrimond@farrimondlaw.com<br>ATTORNEY FOR (name): Kathleen Nobles | | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS: 280 South 1st Street<br>MAILING ADDRESS: 280 South 1st Street, Room 2112<br>CITY AND ZIP CODE: San Jose, CA 95113<br>BRANCH NAME: San Jose | | |
| PLAINTIFF: Kathleen Nobles | | |
| DEFENDANT: Fred M. Kern & Plum Holdings LLC | | |
| **WRIT OF ATTACHMENT**<br>[x] AFTER HEARING    [ ] EX PARTE | | CASE NUMBER:<br>5:19-cv-07362-BLF |

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: N. D. of California or County of Monterey

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address): Fred M. Kern & Plum Holdings LLC
   2 NE of 3rd Avenue, Monte Verde
   Carmel, California

   and the attachment is to secure: $ 1,750,000

4. Name and address of plaintiff: Kathleen Nobles, 2318 Sleepy Hollow Lane, Germantown, Tennessee 38138

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):

   [x] This information is on an attached sheet.

6. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

7. [ ] The real property on which the
   [ ] crops described in item 5      are growing
   [ ] timber described in item 5     to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: MAR 12 2020         SUSAN Y. SOONG
                          Clerk, by _Susie F. Barrera_, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010

a. Any property of Plum Holdings LLC for which a method of levy is provided,
b. The property of Fred Kern that is subject to attachment under California Code of Civil Procedure §487.010 described as follows:
    i. Kern's membership interest in Plum Holdings LLC
    ii. Kern's interest in the real property located at 2 NE of 3rd Avenue, Monte Verde, Carmel, California (the "Carmel House"), as described in Exhibit A attached hereto
    iii. Kern's furnishings, artwork, televisions, appliances, and motor vehicles located at the Carmel House.

# EXHIBIT "A"
## Legal Description

**For APN/Parcel ID(s):** 010-221-012

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CARMEL BY THE SEA, COUNTY OF MONTEREY, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

Lot 14 and the South 35 feet of Lot 12, in Block 31, as shown on that certain Map entitled, "Addition No. 4 to Carmel-by-the-Sea", filed March 6, 1908 in Book 1, Maps of "Cities and Towns", at Page 46 1/2, in the Office of the County Recorder of Monterey County, California.